IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| TEAMSTERS LOCAL UNION NO. 727 HEALTH AND WELFARE FUND, TEAMSTERS LOCAL UNION NO. 727 PENSION FUND and TEAMSTERS LOCAL UNION NO. 727 LEGAL AND EDUCATIONAL ASSISTANCE FUND,<br><br>　　　　　　　　Plaintiffs,<br>　　v.<br><br>VINTAGE VALET, LTD., an Illinois Corporation,<br><br>　　　　　　　　Defendant. | No.   08C 3390<br><br>Judge Dow<br><br>Mag. Judge Ashman |

## NOTICE OF MOTION

TO:   ROGER F. DeVITO, Registered Agent
　　　Vintage Valet, Ltd.
　　　205 West Randolph
　　　Chicago, IL 60606

　　**PLEASE TAKE NOTICE** that the undersigned will bring on the annexed motion for hearing before Judge Dow, at Room 1919, United States Courthouse, 219 South Dearborn Street, Chicago, Illinois 60604, on the 22nd day of July 2008, at 9:15 A.M. of that day or as soon thereafter as counsel can be heard.

　　　　　　　　　　　　　　　　/s/ Robert B. Greenberg
　　　　　　　　　　　　　　　　Asher, Gittler, Greenfield & D'Alba, Ltd.
　　　　　　　　　　　　　　　　200 West Jackson Boulevard
　　　　　　　　　　　　　　　　Suite 1900
　　　　　　　　　　　　　　　　Chicago, Illinois 60606
　　　　　　　　　　　　　　　　(312) 263-1500
　　　　　　　　　　　　　　　　IL ARDC#:  01047558

## CERTIFICATE OF SERVICE

ROBERT B. GREENBERG, being duly sworn, says that he is an attorney associated with Asher, Gittler, Greenfield & D'Alba, Ltd., attorneys for Plaintiffs in this action, and that he served the attached Motion upon:

**ROGER F. DeVITO, Registered Agent**
**Vintage Valet, Ltd.**
**205 West Randolph**
**Chicago, IL 60606**

by depositing a copy in the United States mails, postage paid, at 200 West Jackson Boulevard, Chicago, Illinois 60606, on the 15th of July, 2008.

Service was accomplished pursuant to ECF as to Filing Users, and Counsel shall comply with LR 5.5 as to any party who is not a Filing User or represented by a Filing User.

/s/ Robert B. Greenberg
Asher, Gittler, Greenfield & D'Alba, Ltd.
200 West Jackson Boulevard
Suite 1900
Chicago, Illinois 60606
(312) 263-1500
IL ARDC#:  01047558