Order Form (01/2005)

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Robert Dow, Jr. | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 3390 | **DATE** | 7/22/2008 |
| **CASE TITLE** | Teamsters Local Union N. 727 vs. Vintage Valet Ltd. | | |

**DOCKET ENTRY TEXT**

Plaintiffs' Motion for Default [7] against Defendant for failure to appear, answer or otherwise plead to the complaint is granted. Enter Order for production of books and records. Status hearing set for 8/28/08 at 9:00a.m.

■ [ For further detail see separate order(s).]

Docketing to mail notices.

00:05

| | Courtroom Deputy Initials: | TBK |
|---|---|---|