

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| TEAMSTERS LOCAL UNION NO. 727 HEALTH AND WELFARE FUND, TEAMSTERS LOCAL UNION NO. 727 PENSION FUND and TEAMSTERS LOCAL UNION NO. 727 LEGAL AND EDUCATIONAL ASSISTANCE FUND, <br><br> Plaintiffs, <br> v. <br><br> VINTAGE VALET, LTD., an Illinois Corporation, <br><br> Defendant. | ) ) ) ) ) ) ) ) ) ) ) No.   08C 3390 ) ) Judge Dow ) ) Mag. Judge Ashman ) ) |

## ORDER

This cause coming on to be heard upon motion of the Plaintiffs for entry of default order, and the Court being duly advised in the premises,

IT IS NOW THEREFORE ORDERED:

1. That Defendant, having failed to appear and plead or otherwise defend in this action is adjudged to be in default.

2. The Complaint filed by the Plaintiffs against the Defendant is hereby taken as confessed.

3. That Defendant is ordered to produce its books and records for the period October 1, 2004, through the current date, within 20 days from the date of this Order, and

to pay to Plaintiffs the amount found due and owing in accordance with the applicable provisions of its collective bargaining agreement.

4. The Court reserves jurisdiction with respect to any supplemental proceedings to be instituted by the Plaintiffs in order to enforce the order entered herein.

5. For such other and further relief as the Court may deem just and proper, including reasonable attorney's fees and court costs which are sustained.

DATED: July 22, 2008

ENTER:

_____
U.S. District Court Judge

ROBERT B. GREENBERG
Asher, Gittler, Greenfield & D'Alba, Ltd.
200 West Jackson Boulevard
Suite 1900
Chicago, Illinois 60606
(312) 263-1500
IL ARDC#: 01047558