IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| TEAMSTERS LOCAL UNION NO. 727 ) <br> HEALTH AND WELFARE FUND, ) <br> TEAMSTERS LOCAL UNION NO. 727 ) <br> PENSION FUND and TEAMSTERS ) <br> LOCAL UNION NO. 727 LEGAL AND ) <br> EDUCATIONAL ASSISTANCE FUND, ) <br> ) <br> Plaintiffs, ) <br> v. ) <br> ) <br> VINTAGE VALET, LTD., an Illinois ) <br> Corporation, ) <br> ) <br> Defendant. ) | No. 08C 3390 <br><br> Judge Dow <br><br> Mag. Judge Ashman |

## MOTION FOR RULE TO SHOW CAUSE

NOW COME the Plaintiffs by and through their Attorney, Robert B. Greenberg, and move the Court for an Order for Rule to Show Cause against VINTAGE VALET, LTD., an Illinois Corp., for failing to comply with the Court's Order entered on July 24, 2008. A copy of the Court's Order is attached hereto and marked Plaintiffs' Exhibit 1. In support of their Motion, Plaintiffs state as follows:

    1)    Plaintiff served a copy of the Court's Order for Production of Documents on Roger F. DeVito, Registered Agent of Vintage Valet, Ltd., by mail on July 25, 2008.

**WHEREFORE,** Plaintiffs pray that the Court enter an Order on Roger F. DeVito, for

1

a Rule to Show Cause as to why he has not complied with the Court's Order of July 24, 2008.

/s/ Robert B. Greenberg
Asher, Gittler, Greenfield & D'Alba, Ltd.
200 West Jackson Boulevard
Suite 1900
Chicago, Illinois 60606
(312) 263-1500
IL ARDC#:  01047558

Dated: August 12, 2008

This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.

***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

United States District Court

Northern District of Illinois - CM/ECF LIVE, Ver 3.2.1

## Notice of Electronic Filing

The following transaction was entered on 7/24/2008 at 11:19 AM CDT and filed on 7/22/2008

| | |
|---|---|
| **Case Name:** | Teamsters Local Union No. 727 Health and Welfare Fund et al v. Vintage Valet, Ltd. |
| **Case Number:** | 1:08-cv-3390 |
| **Filer:** | |
| **Document Number:** | 9 |

**Docket Text:**
**MINUTE entry before the Honorable Robert M. Dow, Jr: Plaintiffs' Motion for default judgment [7] against Defendant for failure to appear, answer or otherwise plead to the complaint is granted Enter Order for production of books and records. Status hearing set for 8/28/2008 at 09:00 AM.Mailed notice. (kjc, )**

**1:08-cv-3390 Notice has been electronically mailed to:**

Robert B. Greenberg      rbg@ulaw.com

**1:08-cv-3390 Notice has been delivered by other means to:**

*Exh. 1*