IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| TEAMSTERS LOCAL UNION NO. 727 ) <br> HEALTH AND WELFARE FUND, ) <br> TEAMSTERS LOCAL UNION NO. 727 ) <br> PENSION FUND and TEAMSTERS ) <br> LOCAL UNION NO. 727 LEGAL AND ) <br> EDUCATIONAL ASSISTANCE FUND, ) <br>      ) <br>            Plaintiffs, ) <br>   v.   ) <br>      ) <br> VINTAGE VALET, LTD., an Illinois ) <br> Corporation, ) <br>      ) <br>            Defendant. ) | No. 08C 3390 <br><br> Judge Dow <br><br> Mag. Judge Ashman |

## NOTICE OF MOTION

**TO:** **ROGER F. DeVITO, Registered Agent**
**Vintage Valet, Inc.**
**16 West Ontario**
**Chicago, Il 60610**

**PLEASE TAKE NOTICE** that the undersigned will bring on the annexed motion for hearing at Room 1919, Judge Dow, United States Courthouse, 219 South Dearborn Street, Chicago, Illinois 60604, on the 28th day of August 2008, at 9:15 a.m. of that day or as soon thereafter as counsel can be heard.

/s/ Robert B. Greenberg
Asher, Gittler, Greenfield & D'Alba, Ltd.
200 West Jackson Boulevard, Suite 1900
Chicago, Illinois 60606
(312) 263-1500
IL ARDC#:  01047558

## CERTIFICATE OF SERVICE

     ROBERT B. GREENBERG, being duly sworn, says that he is an attorney associated with Asher, Gittler, Greenfield & D'Alba, Ltd., Attorneys for Plaintiffs in this action, and that he served the attached Motion upon:

>**ROGER F. DeVITO, Registered Agent**
>**Vintage Valet, Inc.**
>**16 West Ontario**
>**Chicago, Il 60610**

by depositing a copy in the United States mails, postage paid, at 200 West Jackson Boulevard, Chicago, Illinois 60606, on the 12th day of August 2008.

     Service was accomplished pursuant to ECF as to Filing Users, and Counsel shall comply with LR 5.5 as to any party who is not a Filing User or represented by a Filing User.

                        /s/ Robert B. Greenberg
                        Asher, Gittler, Greenfield & D'Alba, Ltd.
                        200 West Jackson Boulevard
                        Suite 1900
                        Chicago, Illinois 60606
                        (312) 263-1500
                        IL ARDC#: 01047558