Order Form (01/2005)

MHN

## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Robert Dow, Jr. | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 3390 | **DATE** | 8/28/2008 |
| **CASE TITLE** | Teamsters Local Union No. 727 vs. Vintage Valet, Ltd. | | |

**DOCKET ENTRY TEXT**

Status hearing held. MOTION by Plaintiffs Teamsters Local Union No. 727 Health and Welfare Fund, Teamsters Local Union No. 727 Pension Fund, Teamsters Local Union No. 727 Legal and Educational Assistance Fund for rule to show cause regarding Vintage Valet [11] is granted. ENTER ORDER FOR RULE TO SHOW CAUSE. Rule to show cause is returnable on 10/2/08 at 9:00a.m.

■ [ For further detail see separate order(s).]

Docketing to mail notices.

00:05

| | Courtroom Deputy Initials: | TBK |
|---|---|---|

U.S. DISTRICT COURT
2008 AUG 28 PM 4: 10
FILED