*MHN*

# IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

|  |  |  |
|---|---|---|
| TEAMSTERS LOCAL UNION NO. 727<br>HEALTH AND WELFARE FUND,<br>TEAMSTERS LOCAL UNION NO. 727<br>PENSION FUND and TEAMSTERS<br>LOCAL UNION NO. 727 LEGAL AND<br>EDUCATIONAL ASSISTANCE FUND, | )<br>)<br>)<br>)<br>)<br>)<br>) |  |
| Plaintiffs, | ) |  |
| v. | )<br>) | No.  08C 3390 |
| VINTAGE VALET, LTD., an Illinois<br>Corporation, | )<br>)<br>)<br>) | Judge Dow<br><br>Mag. Judge Ashman |
| Defendant. | ) |  |

## ORDER FOR RULE TO SHOW CAUSE

IT IS ORDERED that Roger DeVito, the Registered Agent for Vintage Valet, Ltd., an Illinois Corp., shall personally appear before Judge Dow, in Room 1919, at 219 South Dearborn Street, Chicago, IL, at 9:30 A.M., on the 2nd of October 2008, to show cause, if any, why he should not be attached and punished for contempt of court for failing to comply with Court's Order entered on 7/24/2008. Service of this Rule upon Defendant shall be made no later than seven (7) days from the return date.

DATED: *August 28, 2008*     ENTER:

_____
JUDGE

Robert B. Greenberg
ASHER, GITTLER, GREENFIELD & D'ALBA, LTD.
200 West Jackson Boulevard, Suite 1900
Chicago, Illinois 60606
(312) 263-1500
IL ARDC#:  01047558