MHN

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| TEAMSTERS LOCAL UNION NO. 727 HEALTH AND WELFARE FUND, TEAMSTERS LOCAL UNION NO. 727 PENSION FUND and TEAMSTERS LOCAL UNION NO. 727 LEGAL AND EDUCATIONAL ASSISTANCE FUND,<br><br>    Plaintiffs,<br><br>v.<br><br>VINTAGE VALET, LTD., an Illinois Corporation,<br><br>    Defendant. | No. 08C 3390<br><br>Judge Dow<br><br>Mag. Judge Ashman |

## ORDER FOR RULE TO SHOW CAUSE

IT IS ORDERED that Roger DeVito, the Registered Agent for Vintage Valet, Ltd., an Illinois Corp., shall personally appear before Judge Dow, in Room 1919, at 219 South Dearborn Street, Chicago, IL, at 9:30 A.M., on the 2nd of October 2008, to show cause, if any, why he should not be attached and punished for contempt of court for failing to comply with Court's Order entered on 7/24/2008. Service of this Rule upon Defendant shall be made no later than seven (7) days from the return date.

DATED: August 28, 2008     ENTER:

_____
JUDGE

Robert B. Greenberg
ASHER, GITTLER, GREENFIELD & D'ALBA, LTD.
200 West Jackson Boulevard, Suite 1900
Chicago, Illinois 60606
(312) 263-1500
IL ARDC#: 01047558

| | | |
|---|---|---|
| **ClientCaseID:** ROBERT<br>**Law Firm ID:** ASHER | <br>*197486A* | **CaseReturnDate:** 10/2/08<br>Affidavit of **SPECIAL PROCESS SERVER** |

## UNITED STATES DISTRICT COURT

Case Number **08C3390**

**I, LARUE BEY**

FIRST DULY SWORN ON OATH STATES THAT I AM OVER 18 YEARS OF AGE AND NOT A PARTY TO THIS SUIT AND IS A REGISTERED EMPLOYEE OF ILLINOIS DEPARTMENT OF PROFESSIONAL REGULATION PRIVATE DETECTIVE AGENCY #117-001292 STERN PROCESS & INVESTIGATION LLC 205 W. RANDOLPH ST. CHICAGO IL 60606

## PERSONAL SERVICE

THAT I SERVED THE WITHIN     **RULE TO SHOW CAUSE**
ON THE WITHIN NAMED DEFENDANT     **ROGER F. DEVITO**
BY LEAVING A COPY OF EACH WITH THE SAID DEFENDANT PERSONALLY     9/3/08
I SERVED ROGER F. DEVITO AS THE REGISTERED AGENT OF VINTAGE VALET, LTD.

That the sex, race and approximate age of the person whom I left the **RULE TO SHOW CAUSE** are as follow:

**Sex** MALE   **Race** WHITE   **Age** 30s

**Height**     **Build**     **Hair**

LOCATION OF SERVICE   **16 WEST ONTARIO CHICAGO, IL, 60610**

Date Of Service   9/3/08     Time of Service   9:08 PM

LARUE BEY   9/4/2008
**SPECIAL PROCESS SERVER**
PERC # 129-299771

Under penalties of perjury as provided by law pursuant to Section 1-109 of the Code of Civil Procedure, the undersigned certifies that the statement are true and correct, except as to matters therein stated to be on information and belief and such matters the undersigned certifies as aforesaid that he/she verily believes same to be true.

**Total:**   $55.00